MARY A. HARLINGER, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 27, 1883; decided June 5, 1883.)

*George N. Kennedy* for appellant.

*Louis Marshall* for respondent.

Agree to affirm; no opinion.
All concur, except RUGER, Ch. J., not sitting.
Judgment affirmed.

---

JAMES B. HART, Appellant, v. THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued May 3, 1883; decided June 5, 1883.)

*Thomas Allison* for appellant.

*D. J. Dean* for respondent.

Agree to affirm on opinion of MILLER, J., in *Dickinson* v. *Mayor, etc. (ante, p. 584).*
All concur.
Order affirmed, and judgment absolute against plaintiff on stipulation.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GEORGE W. MATSELL et al. Respondents.

(Submitted May 4, 1883; decided June 5, 1883.)

*George P. Andrews* for respondents

Affirmed by default; no opinion.